HENRY B. RANKEN, Respondent, v. CASIMER M. BARANOWSKI and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

SCHAFFER TINWARE MANUFACTURING COMPANY, Respondent, v. SYLVESTER L. BENZ, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

SOL SCHILDKRAUT, Doing Business as JAMAICA AUTO SUPPLY COMPANY, Respondent, v. EDWARD SCHILDKRAUT and Another, Copartners, etc., Appellants. (Action No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

SOL SCHILDKRAUT, Respondent, v. EDWARD SCHILDKRAUT and Another, Copartners, etc., Appellants. (Action No. 2.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ALBERT E. SHOLES, Respondent, v. BERNARD C. EGGERS, Appellant, Impleaded with Another, Defendant. (Action No. 1.) — Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ALBERT E. SHOLES, Respondent, v. BERNARD C. EGGERS, Appellant, Impleaded with Another, Defendant. (Action No. 2.) — Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

EMIL R. SCHROEDER, Respondent, v. JOSEPH SCHIFFER, Appellant.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

WILLIAM A. STRAAT, Appellant, v. FREDERICK E. WOOD and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

OSHER ROSEN, Respondent, v. RACHAEL KANTOR, Appellant.— Application denied, with ten dollars costs.

THE G. A. SCHACHT MOTOR TRUCK COMPANY, INC., Respondent, v. RUDOLPH MAYER, etc., Appellant.— Application denied, with ten dollars costs.

GEORGE S. ABELL, Appellant, v. CORNWALL INDUSTRIAL CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

GEORGE W. BAKER, etc., Appellant, v. J. ALEXANDER DINGWALL, JR., and Others, Respondents. BURTIS H. ELLIS and Others, Intervenors.— Motion for reargument denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

JOHN BYRNE and Another, Copartners, etc., Respondents, v. J. CURRY WATSON, Appellant.— Motion for stay pending appeal granted, on condition that the case be brought on for argument on the first Monday of January, 1925; otherwise, motion denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

CHARLES COHEN and Another, Respondents, v. ROSEVALE REALTY COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

SIMON DONIGER, Appellant, v. ST. MARKS HOLDING CORPORATION and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.